In the Matter of the Petition of HANNAH TAYLOR to Prove the Last Will and Testament of CHARLES C. TAYLOR, Late of the County of Kings, Deceased, Respondent. ABIGAIL PORTER HILL, Appellant.— Order of the Surrogate's Court of Kings county, denying contestant's motion for a new trial, affirmed, with costs to the respondent. The liberty to take new proofs in probate appeals (Code Civ. Proc. § 2763) makes against new trials on grounds of newly-discovered testimony. But aside from that consideration, the circumstances shown are not such as to induce this court to interfere with the surrogate's discretion in refusing to reopen this controversy, which had been determined for over two years, to entertain charges of fraud and undue influence against the widow, as chief beneficiary, started ten months after her death. Blackmar, P. J., Rich, Putnam, Kelly and Jaycox, JJ., concur.

ALFRED T. JOHNSON, Respondent, v. JAMES T. ACKERMAN, Appellant.— Judgment modified by striking out the provision for an extra allowance of costs, and as modified the judgment, and the orders, are unanimously affirmed, without costs. No opinion. Present — Blackmar, P. J., Rich, Putnam, Kelly and Jaycox, JJ.

THEODORE C. LOW, Appellant, v. ROBERT MAGRUDER, Respondent.— Judgment and order affirmed, with costs. No opinion. Blackmar, P. J., Rich, Kelly and Manning, JJ., concur; Mills, J., dissents upon the ground that, under the circumstances, for the plaintiff to characterize his experience in being convicted and sent to the Elmira Reformatory when a young man as a youthful indiscretion, was not a false representation.

CHARLES J. MISSIR, Respondent, v. AMERICAN-ORIENTAL ICE MANUFACTURING COMPANY, and Others, Defendants, Impleaded with BANQUE D'ORIENT, Appellant.— Order affirmed, with ten dollars costs and disbursements, and defendant, appellant, permitted to withdraw demurrer and to answer within ten days, upon payment of costs. No opinion. Blackmar, P. J., Mills, Rich, Kelly and Manning, JJ., concur.

CHARLES J. MISSIR, Respondent, v. SMYRNA THEATRE COMPANY and Another, Defendants, Impleaded with BANQUE D'ORIENT, Appellant.— Order affirmed, with ten dollars costs and disbursements, and defendant, appellant permitted to withdraw demurrer and to answer within ten days. upon payment of costs. No opinion. Blackmar, P. J., Mills, Rich, Kelly and Manning, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. TONY CAMARATA, Alias, etc., Appellant.— Judgment of conviction of the County Court of Kings county affirmed. No opinion. Blackmar, P. J., Rich, Putnam, Kelly and Jaycox, JJ., concur.